UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 05-40020-JPG |
| | ) | |
| ROSE ANN McCORMICK, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**FRAZIER, Magistrate Judge**

Before the Court is defendant Rose Ann McCormick's Motion to Reconsider Bond (Doc. No. 12), which is unopposed and GRANTED. The Court's previous Order of Detention (Doc. No. 11) is VACATED. The defendant shall be placed on a personal recognizance bond and shall undergo inpatient treatment for substance abuse as directed by the U.S. Probation Office. Standard conditions of bond shall apply.

DATED: May 12, 2005.

*s/ Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE